**DARICE DAVIS**                                                    **CIVIL ACTION**

**VERSUS**                                                           **NO. 12-1859**

**LAFOURCHE PARISH**                                        **SECTION: "B"(3)**
**SHERIFF'S  OFFICE, ET AL.**

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims against the Lafourche Parish Sheriff's Office, the Lafourche Parish Detention Center Medical Department, Sheriff Craig Webre, and Parish President Charlotte Randolph are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that the claim against Head Nurse Celeste Andras is allowed to proceed pending further development.

New Orleans, Louisiana, this 19th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE