UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARICE DAVIS     CIVIL ACTION

VERSUS     NO. 12-1859

LAFOURCHE PARISH     SECTION: "B"(3)
SHERIFF'S OFFICE, ET AL.

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the unopposed motion to dismiss filed by Celeste Andras, Rec. Doc. 14, is **GRANTED** and that the claims against her are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 18th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE